FILED

1  Name: Michael Graybill
2  Address: 5610 Berkeley Rd.
3  Goleta CA 93117
4  Phone: 805-698-0542
5  Fax:
6
   In Pro Per

2023 JUL 24 PM 1:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___OMZ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Robert Graybill

Plaintiff

v.

* Listed Below

Defendant(s).

CASE NUMBER: 2:23-cv-05981-MEMF-SHK

Civil Rights Complaint

(Enter document title in the space provided above)

* Central Intelligence Agency (CIA),
Department of Defense (DOD),
Department of National Intelligence (DNI),
Department of Homeland Security (DHS),
                                    Defendants.

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

IN THE UNITED STATES DISTRICT COURT OF CENTRAL CALIFORNIA

MICHAEL ROBERT GRAYBILL, Plaintiff vs. CENTRAL INTELLIGENCE AGENCY (CIA), DEPARTMENT OF DEFENSE (DOD), DEPARTMENT OF NATIONAL INTELLIGENCE (DNI), DEPARTMENT OF HOMELAND SECURITY (DHS), Defendants

CASE NO:

COMPLAINT FOR DAMAGES

I. INTRODUCTION

> This is an action for damages resulting from the egregious and unconstitutional actions of the Defendants in involving a private citizen in military black operations, infiltrating the Plaintiff's private property, torturing the Plaintiff, and subjecting the Plaintiff to sexual molestation.

II. PARTIES

> The Plaintiff, Michael Robert Graybill, is an adult individual and a United States citizen residing at 5610 Berkeley Road. Goleta, CA 93117.
> The Defendant, Central Intelligence Agency (CIA), is a federal agency responsible for conducting intelligence activities and is headquartered in Langley Virginia.
> The Defendant, Department of Defense (DOD), is a federal agency responsible for coordinating and supervising all agencies and functions of the government relating directly to national security and the military, headquartered in the Pentagon Washington D.C.
> The Defendant, Department of National Intelligence (DNI), is a federal agency responsible for overseeing and coordinating the activities of the United States Intelligence Community, located in Washington D.C.
> The Defendant, Department of Homeland Security (DHS), is a federal agency responsible for safeguarding the nation's borders and security, headquartered in Washington D.C.

### III. JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this action arises under the Constitution of the United States and other federal laws. Venue is proper in this district under 28 U.S.C. § 1391(b) because the Defendants' actions and omissions took place within this district, and a substantial part of the events giving rise to the claims occurred here.

### IV. FACTUAL BACKGROUND

The Plaintiff was subjected to a series of unconstitutional and inhumane actions at the hands of the Defendants. These actions included involving the Plaintiff in classified military operations without consent, infiltrating the Plaintiff's private property without a lawful warrant, subjecting the Plaintiff to severe physical and mental torture, and sexually molesting the Plaintiff against their will.

### V. CAUSES OF ACTION

COUNT I: VIOLATION OF FOURTH AMENDMENT RIGHTS (Unreasonable Search and Seizure)

The actions of the Defendants in infiltrating the Plaintiff's private property without a lawful warrant violated the Plaintiff's Fourth Amendment rights as guaranteed by the United States Constitution.

COUNT II: VIOLATION OF EIGHTH AMENDMENT RIGHTS (Cruel and Unusual Punishment)

The Defendants' actions of torturing the Plaintiff, both physically and mentally, constitute cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

COUNT III: VIOLATION OF FIFTH AND FOURTEENTH AMENDMENT RIGHTS (Due Process and Substantive Due Process)

The Defendants' actions of involving the Plaintiff in military black operations without due process, and subjecting the Plaintiff to sexual molestation, violated the Plaintiff's rights to due process and substantive due process under the Fifth and Fourteenth Amendments of the United States Constitution.

COUNT IV: VIOLATION OF SIXTH AMENDMENT RIGHTS (Right to Obtain Legal Representation)

The Defendants' actions, which involved subjecting the Plaintiff to military black operations without proper legal representation and without informing the Plaintiff of their rights, violated the Plaintiff's rights under the Sixth Amendment of the United States Constitution.

COUNT V: VIOLATION OF FIRST AMENDMENT RIGHTS (Freedom of Speech)

The Defendants' actions of censoring the Plaintiff from speaking to Congress and the press regarding the unconstitutional and inhumane actions perpetrated against the Plaintiff constitute a violation of the Plaintiff's First Amendment rights as guaranteed by the United States Constitution.

VI. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the following relief:

Compensatory damages in an amount to be determined at trial, for the physical, emotional, and psychological harm suffered by the Plaintiff.
Punitive damages in an amount sufficient to punish the Defendants and deter similar conduct in the future.
Injunctive relief to prevent the Defendants from engaging in similar unconstitutional and illegal actions in the future.
Attorneys' fees and costs associated with this action.
Such other and further relief as the Court deems just and proper.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the following additional relief, in addition to the previously requested relief:

1: Declaration that the Defendants' actions violated the Plaintiff's rights under the Sixth Amendment of the United States Constitution.
2: Order the Defendants to provide the Plaintiff with adequate legal representation for any ongoing or future legal proceedings related to this matter.
3: Any other appropriate relief this Court deems just and necessary to remedy the violations of the Plaintiff's Sixth Amendment rights.

VII. JURY DEMAND

The Plaintiff hereby demands a trial by jury on all issues triable by a jury.

Respectfully submitted,

Michael Robert Graybill

DATED: 7/24/2023